JULIO SANTIAGO v.
AMERICAN SMELTING AND REFINING CO.

June 30, 1972. Petition for certification denied.

WAYNE VILLAGE TENANTS ASSN, *ET AL.* v.
WAYNE VILLAGE, *ET AL.*

June 30, 1972. Petition for certification denied. (See 118 *N. J. Super.* 546)

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORATION v. PETRY EXPRESS AND STORAGE COMPANY.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN ROSENFIELD.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MARION BLACKSHEAR.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JULIA WORTH, *ET AL.*

June 30, 1972. Petition for certification denied.